```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0202--CV (RRB)
                         "GBC CONTRACTORS EX REL V SAFECO INS CO"

              Including terminated parties, excluding terminated counsel
```

       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:
         Referral Rule:
                Filed: 09/07/04
               Closed: NO

          Jurisdiction: (3) Federal Question (US Govt not a Party)
         PLF Diversity:
         DEF Diversity:

        Nature of Suit: (130) Miller Act

                Origin: (2) Removed from State Court
                Demand: 333
            Filing fee: Paid $150.00 on 09/07/04 receipt # 00123922
              Trial by: Court


Parties of Record:                              Counsel of Record:

PLF 1.1         GBC LLC CONTRACTORS                 Raymond H. Royce III
                                                    Royce & Brain
                                                    1407 W. 31st Avenue, 7th Floor
                                                    Anchorage, AK 99503-3678
                                                    907-258-6792
                                                    FAX 907-276-2919

DEF 1.1         SAFECO INSURANCE CO PAYMENT BOND    Donna C. Willard
                NO. 6092134                         Law Office of Donna C. Willard
                                                    1120 E. Huffman Road
                                                    Suite 23, #231
                                                    Anchorage, AK 99515
                                                    907-278-3641
                                                    FAX 907-345-1804

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0202--CV (RRB)
                "GBC CONTRACTORS EX REL V SAFECO INS CO"

                         For all filing dates
```

 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
   Referral Rule:
           Filed: 09/07/04
          Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (130) Miller Act

           Origin: (2) Removed from State Court
           Demand: 333
       Filing fee: Paid $150.00 on 09/07/04 receipt # 00123922
         Trial by: Court


| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 09/07/04 | DEF 1 Notice of Removal from Superior court 3AN-04-9543CI w/att exhs. |
| 2 - 1      | 09/10/04 | RRB Minute Order To Petitioner subsequent to removal.  Petitioner to w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 3 - 1      | 09/13/04 | DEF 1 Answer to Complaint. |
| 4 - 1      | 09/15/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 5 - 1      | 09/20/04 | DEF 1 Service List. |
| 6 - 1      | 10/04/04 | PLF 1 motion for remand w/att memo. |
| 7 - 1      | 10/20/04 | PLF 1 Stipulation for extension of time until 11/8/04 to file opposition to  plaintiff's mot for remand. |
| 7 - 2      | 10/20/04 | Order granting stipulation for extension of time until 11/8/04 to file opposition to (7-1).  cc: cnsl |
| 8 - 1      | 11/10/04 | DEF 1 opposition to PLF 1 motion for remand (6-1) w/att exhs. |
| 8 - 2      | 11/10/04 | DEF 1 motion to dismiss / Rule 56(b) motion for summary judgment (per dkt 22). |
| 9 - 1      | 11/15/04 | PLF 1 reply to opposition to PLF 1 motion for remand (6-1). |
| 10 - 1     | 11/22/04 | Stipulation for extension of time until 12/8/04 to file plaintiffs opposition to def's motion to dismiss. |
| 10 - 2     | 11/22/04 | Order granting stipulation for extension of time until 12/8/04 to file plaintiffs opp to def's mot to dismiss (10-1).  cc: cnsl |
| 11 - 1     | 11/22/04 | RRB Order denying motion for remand (6-1).  cc: cnsl |
| 12 - 1     | 12/08/04 | PLF 1 Stipulation for extension of time to file plaintiff opposition by 1/10/05 and def's reply is due by 1/20/05. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0202--CV (RRB)
                              "GBC CONTRACTORS EX REL V SAFECO INS CO"

                                         For all filing dates


 Document #   Filed     Docket text

    12 -  2   12/09/04  Order granting stipulation for extension of time to file plaintiff
                        opposition by 1/10/05 to file oppo to def's mot to dsm and def's reply
                        is due by 1/20/05 (12-1).  cc: cnsl

    13 -  1   01/10/05  PLF 1 opposition to DEF 1 motion to dismiss (8-2) w/att exhs.

    14 -  1   01/20/05  DEF 1 Stipulation for extension of time until 1/31/05 to file defendnt's
                        reply to the motin to dismiss.

    14 -  2   01/21/05  RRB Order granting stipulation for extension of time until 1/31/05 to
                        file defendant's reply (14-1).  cc: cnsl

    15 -  1   02/02/05  DEF 1 reply to opposition to DEF 1 motion to dismiss (8-2).

    16 -  1   02/03/05  PLF 1 Request for Oral Argument re: DEF 1 motion to dismiss (8-2).

    17 -  1   02/04/05  PLF 1 motion to strike w/att memo.

    18 -  1   02/10/05  DEF 1 verified conditional oppo in respsone to pltf's request for oral
                        argument re DEF 1 motion to dismiss (8-2).

    19 -  1   02/10/05  PLF 1 reply to def's cond oppo to pltf's request for oral argument re
                        DEF 1 motion to dismiss (8-2).

    20 -  1   02/10/05  DEF 1 opposition to PLF 1 motion to strike (17-1).

    21 -  1   02/16/05  PLF 1 reply to opposition to PLF 1 motion to strike (17-1).

    22 -  1   03/25/05  RRB Order denying motion to strike w/att memo (17-1).  Def's motion to
                        dismissis converted to a Rule 56(b) mot for sj, any additional material
                        is now due 5/2/05. Court will determine if o/a is necessary after all
                        the briefings have been filed.  cc: cnsl

    23 -  1   05/02/05  PLF 1 Supplement in opposition re: DEF 1 motion to dismiss / Rule 56(b)
                        motion for summary judgment (8-2).

    24 -  1   05/03/05  DEF 1 Response to court order dated 3/24/05 relating to mot re: DEF 1
                        motion to dismiss / Rule 56(b) motion for summary judgment (8-2).

    25 -  1   05/25/05  RRB Order denying mot to dismiss/Rule 56(b) mot for sj (per dkt 22)
                        (8-2).  cc: cnsl

    26 -  1   05/25/05  RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    27 -  1   06/14/05  PLF 1 Disclosure Statement.

    28 -  1   06/16/05  PLF 1; DEF 1 S&P Planning Conf Report.

    29 -  1   07/08/05  DEF 1 7.1 Disclosure statement.

    30 -  1   08/29/05  RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 03/31/06; Dispositive motions deadline 05/01/06; Estimate of
                        trial 10 days; TBC. cc: cnsl
```