Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.276.2919

Attorneys for Use-Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0202 CV (RRB) |

STIPULATION FOR EXTENSION OF TIME

The parties, by and through the undersigned counsel, hereby agree and stipulate to extend the date by which the parties shall have completed discovery. The parties currently have five depositions scheduled for the week of April 10, 2006. There are two additional depositions that will be scheduled for the first part of May. The parties also have outstanding written discovery that is due in early April.

Accordingly, the parties stipulate to extend the completion date for discovery until May 31, 2006. Counsel also stipulate to extend the dates for all motions under the discovery rules, dispositive motions and motions in limine until June 30, 2006.

DATED this 8th day of March, 2006.

LAW OFFICES OF ROYCE & BRAIN
Counsel for GBC, LLC Contractors


 s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Phone: (907) 258-6792
Fax: (907) 279-2919
Email: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057


LAW OFFICES OF DONNA C. WILLARD
Counsel for Safeco Insurance Co. Payment
Bond No. 6092134


 s/ Jason Bergevin per phone authorization
Donna C. Willard, Esq.
Alaska Bar Association No. 7011072

*Stipulated Extension of Time*, Page 2 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)

CERTIFICATE OF SERVICE

I hereby certify that on 3/8/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

>Donna C. Willard, Esq.
>1120 East Huffman Rd., Suite 23, No. 231
>Anchorage, AK 99515

By: _s/ Shelly Poole_
    Shelly Poole / Kathy Sivilay

*Stipulated Extension of Time*, Page 3 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)    \\Hal\share1\Client Folders\1806\pleads\1806.01\1806.01 Stipulation - Extend Discovery.wpd