MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*GBC, LLC, Contractors d/b/a Grose Brothers v. Safeco Ins. Co.*
Case No. 3:04-cv-0202-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have filed a stipulation to extend the time to complete discovery. Docket No. 34. Pursuant to D. Ak. LR 16.1(c)(3)[A] the stipulation does not require court approval. The stipulated dates submitted by the parties will be entered as the new deadlines.

**IT IS THEREFORE ORDERED:**
As outlined in the parties' stipulation, discovery will be completed by May 31, 2006. Dispositive motions and motions in limine shall be filed on or before June 30, 2006.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 13, 2006

C:\Temp\notes06E812\Grose Bros.wpd