1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT EX REL. GBC, LLC CONTRACTORS,<br>Plaintiff / Petitioner | Cause #: A04-0202 CV |
| | Affidavit of Service of: |
| vs.<br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134,<br>Defendant / Respondent | SUBPOENA IN A CIVIL CASE |
| | Hearing Date: Apr 14 2006 |

RECEIVED
MAR 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Declaration:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Mar 20 2006 4:40PM at the address of 18015 SE 224TH KENT, within the County of ServeCounty, State of WASHINGTON, the declarant duly served the above described documents upon ANTHONY GROSE by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with ANTHONY GROSE.

No information was provided that indicates that the subjects served are members of the U.S. military.

_____
C. Brown    9509005

Subscribed and sworn to before me this Mar 22 2006
_____
a Notary Public in the State of Washington,
residing at Seattle

Service Fee Total: $ 134.75

ABC Legal Services, Inc.
206 521-9000
Tracking #: 2507456

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

Stanislaw, Ashbaugh Et Al
701 5th Ave, #4400
Seattle, WA  98104
206 386-5900

AO 88 (Rev. 11/91) Subpoena in a Civil

# United States District Court

| WESTERN | DISTRICT OF | WASHINGTON |

BERING STRAIT SCHOOL DISTRICT
ex rel. GBC, LLC CONTRACTORS

v.

SAFECO INSURANCE COMPANY PAYMENT
BOND NO. 6092134

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: US DISTRICT COURT OF ALASKA CASE NO. A04-0202 CV(RRB)

TO: ANTHONY GROSE

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Seattle Deposition Reporters<br>600 University St., Suite 320<br>Seattle, WA 98101 | April 14, 2006<br>9:00 AM |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| Seattle Deposition Reporters<br>600 University St., Suite 320<br>Seattle, WA 98101 | April 14, 2006<br>9:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant | March 14, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John B. Riper
Attorney for Defendant
Stanislaw Ashbaugh LLP
701 Fifth Avenue, Suite 4400
Seattle, WA 98104

COPY

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**ANTHONY GROSE**
**SUPOENA**
**DOCUMENTS TO BE PRODUCED**

With respect to the following documents to be produced, "GBC Inc., Contractors" also means, solely in this context, "GBC, Inc." and "Grose Brothers Northwest."

1. Federal and State of Alaska Income Tax Returns filed by GBC Inc, Contractors, for the years 1999 through 2005.

2. GBC Inc., Contractors' Depreciation Schedules for the years 1999 through 2005.

3. A list of all assets owned by GBC Inc., Contractors and located in the State of Alaska between the years 1999 and 2005.

4. All records of security interests held in any of GBC Inc., Contractors' Alaska assets by any bank or other lending agency from 1999 through 2005.

5. All documentation evidencing the assets allegedly transferred by GBC Inc., Contractors, to GBC LLC, Contractors.

6. GBC Inc. Contractors' Alaska Business Licenses for the years 1999 through 2001.

7. GBC Inc.'s Specialty Contractors' Licenses for the years 1999 through 2001.

8. GBC Inc., Contractors' Alaska Contractor Surety Bonds for the years 1999 through 2001.

9. GBC Inc., Contractors' General Liability Policies for the years 1999 through 2001.

10. GBC Inc., Contractors' Workers Compensation Policies for the years 1999 through 2001.

11. GBC Inc., Contractors' corporate record book, including its Minutes, for the years 1999 through 2005.

12. GBC Inc., Contractors' Certificate of Authority, as a foreign corporation, authorizing it to do business in Alaska for the years 1995 through 2001.

13. All Biennial Reports filed by GBC Inc., Contractors, both with the State of Alaska Division of Corporations and the State of Alaska Division of Occupational Licensing.

14. All correspondence in whatever form (i.e., letter, email, facsimile or other document) between GBC, Inc., Contractors and GBC, LLC and/or Bob Grose and/or Melanie Grose or any other person or entity having an interest and/or related to GBC, LLC during the years 2001 through 2005.

15. Any estimate(s) relating to the construction of the Elim K-12 School at Elim, Alaska.