Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.276.2919

Attorneys for Use-Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134<br><br>　　　　Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0202 CV (TMB) |

JOINT STATUS REPORT

In compliance with the Court's order dated May 8, 2006, the parties herewith submit their joint status report.

**A.　Nature of the Case**:

　　1.　Lead Attorneys:

　　　　For Plaintiff: Jason Bergevin

       For Defendant:    Donna C. Willard

2. <u>Jurisdictional Basis</u>: Diversity

3. <u>Nature of Claims</u>: Plaintiff has asserted a claim for damages sustained during the performance of its subcontract with Osborne Construction Company on a school construction project in Elim, Alaska.

4. <u>Service of Parties</u>: Everyone is present and accounted for.

5. <u>Principal Legal Issues</u>: (1) Is plaintiff the real party in interest? (2) If plaintiff is the real party in interest, is it entitled to recover damages based on a total cost claim methodology calculation? (3) For what categories of damages, if any, is plaintiff entitled to make claim?

6. <u>Principal Factual Issues</u>: (1) What entity is the real party in interest? (2) What is the amount of damages that plaintiff has incurred on this project?

**B.** **<u>Discovery</u>**:

1. <u>Completed and Remaining</u>: Several rounds of discovery requests have been exchanged and completed. Plaintiff currently has one set of discovery requests outstanding. In addition, the depositions of several witnesses have been taken. However, more discovery is planned. An enforcement proceeding with respect to a subpoena *duces tecum* issued to Tony Grose (one of the putative owners of plaintiff) by the Western District

of Washington just has been concluded. The parties are awaiting the documents in order to complete Mr. Grose's deposition.

There is a dispute between counsel whether the materials upon which plaintiff's expert Tom Presnell based his opinion have been completely produced. The resolution of this dispute may lead to further examination of Mr. Presnell.

The parties are also in disagreement concerning production of plaintiff's estimating records for other jobs. This issue may be the subject of a motion to compel if discussions between counsel cannot resolve the issue.

None of the Alaska depositions yet have been taken. Therefore, the parties need at least another 60 days to complete this phase of the matter.

2.   <u>Motions</u>:  There are no motions currently pending. Plaintiff does not anticipate any further motions at this time. This position may change based on future discovery. Defendant anticipates bringing a second motion for summary judgment.

3.   <u>Substantive Rulings</u>: Plaintiff's earlier motion for remand was denied. Defendant's earlier motion for summary judgment, raising numerous issues, including whether plaintiff is the real party in interest, and therefore has standing to bring the litigation, was denied without prejudice pending further discovery.

4.   <u>Any Previous Status Reports</u>:  No.

C.  **Trial**:

Trial is expected to last five days and no jury has been requested.

D.  **Settlement:**

Some settlement discussions were made early in the case. This case is appropriate for mediation, either through the Court or before an appropriately qualified private neutral.

RESPECTFULLY SUBMITTED this 22nd day of May, 2006.

LAW OFFICES OF ROYCE & BRAIN
Counsel for GBC, LLC Contractors


 s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Phone: (907) 258-6792
Fax: (907) 279-2919
Email: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057


LAW OFFICES OF DONNA C. WILLARD
Counsel for Safeco Insurance Co. Payment
Bond No. 6092134


 s/ Donna C. Willard
1120 E. Huffman Road, Ste 23, No. 231
Anchorage, Alaska 99515
Phone: (907) 278-3641

Fax: (907) 345-1804
Email: WILLARDDD@aol.com
Alaska Bar Association No. 7011072

CERTIFICATE OF SERVICE

I hereby certify that on 5/22/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

    Donna C. Willard, Esq.
    1120 East Huffman Rd., Suite 23, No. 231
    Anchorage, AK 99515

By: _s/ Angela Morganthal_
    Angela Morganthal

*Joint Status Report*, Page 5 of 5
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (TMB)     \\Hal\share1\Client Folders\1806\pleads\1806.01\1806.01 Joint Status Report.wpd