Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.276.2919

Attorneys for Use-Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134<br><br>        Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0202 CV (RRB) |

STIPULATION FOR EXTENSION OF TIME

The parties, by and through the undersigned counsel, hereby agree and stipulate to extend the date by which the parties shall have completed discovery. Several depositions remain to be completed. The parties also have outstanding written discovery that is due in early June. The remaining discovery is identified further in the status report filed by the parties on May 22, 2006.

Accordingly, the parties stipulate to extend the completion date for discovery until July 31, 2006. Counsel also stipulate to extend the dates for all motions under the discovery rules, dispositive motions and motions *in limine* until August 31, 2006.

DATED this 23rd day of May, 2006.

LAW OFFICES OF ROYCE & BRAIN
Counsel for GBC, LLC Contractors


 s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Phone: (907) 258-6792
Fax: (907) 279-2919
Email: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057


LAW OFFICES OF DONNA C. WILLARD
Counsel for Safeco Insurance Co. Payment
Bond No. 6092134


 s/ Donna C. Willard
1120 E. Huffman Road, Ste 23, No. 231
Anchorage, Alaska 99515
Phone: (907) 278-3641
Fax: (907) 345-1804
Email: WILLARDDD@aol.com
Alaska Bar Association No. 7011072

*Stipulated Extension of Time*, Page 2 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)

<u>ORDER</u>

IT IS SO ORDERED.

_____
Honorable TIMOTHY M. BURGESS
U.S. District Court Judge


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 5/23/06 a true and
correct copy of the foregoing document was
served via U.S. Mail on:

    Donna C. Willard, Esq.
    1120 East Huffman Rd., Suite 23, No. 231
    Anchorage, AK 99515


By:  s/ Angela Morganthal
    Shelly Poole / Angela Morganthal

*Stipulated Extension of Time*, Page 3 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)    \\Hal\share1\Client Folders\1806\pleads\1806.01\1806.01 Stipulation - Extend Discovery (2).wpd