Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.276.2919

Attorneys for Use-Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>   Plaintiff,<br><br> vs.<br><br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134<br><br>   Defendant. | Case No. A04-0202 CV (RRB) |

DRAFT ORDER APPROVING STIPULATION FOR EXTENSION OF TIME

  Having considered the parties Stipulation for Extension of Time, the pretrial deadlines are extended as follows. All discovery shall be completed by July 31, 2006. All motions under the discovery rules, dispositive motions and motions in limine shall be filed by August 31, 2006.

DATED this _____ day of _____, 2006.

_____
Honorable TIMOTHY M. BURGESS
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on 5/23/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

Donna C. Willard, Esq.
1120 East Huffman Rd., Suite 23, No. 231
Anchorage, AK 99515

By:  Angela Morganthal
      Angela Morganthal

*Order Granting Stipulated Extension of Time*, Page 2 of 2
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)