Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.276.2919

Attorneys for Use-Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134<br><br>    Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0202 CV (TMB) |

STIPULATION FOR DISMISSAL WITH PREJUDICE

  Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, GBC, LLC Contractors dba Grose Brothers and Defendant, Safeco Insurance Company Payment Bond No. 6092134, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 3rd day of October, 2006.

        LAW OFFICES OF ROYCE & BRAIN
        Counsel for GBC, LLC Contractors

          s/ Jason L. Bergevin
        1407 W. 31st Avenue, 7th Floor
        Anchorage, Alaska 99503
        Phone: (907) 258-6792
        Fax: (907) 279-2919
        Email: jbergevin@roycebrain.com
        Alaska Bar Association No. 9911057

        LAW OFFICES OF DONNA C. WILLARD
        Counsel for Safeco Insurance Co. Payment
        Bond No. 6092134

          s/ Donna C. Willard
        1120 E. Huffman Road, Ste 23, No. 231
        Anchorage, Alaska 99515
        Phone: (907) 278-3641
        Fax: (907) 345-1804
        Email: WILLARDDD@aol.com
        Alaska Bar Association No. 7011072

CERTIFICATE OF SERVICE

I hereby certify that on 10/3/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

    Donna C. Willard, Esq.
    1120 East Huffman Rd., Suite 23, No. 231
    Anchorage, AK 99515

By:  s/ Angela Morganthal

*Stipulation for Dismissal with Prejudice*, Page 2 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)

*Stipulation for Dismissal with Prejudice*, Page 3 of 3
<u>*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134</u>
Case No. A04-0202 CV (RRB)                    \\Hal\share1\Client Folders\1806\pleads\1806.01\1806.01 Stipulation to Dismiss.wpd