Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.276.2919

Attorneys for Use-Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERING STRAIT SCHOOL DISTRICT for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY PAYMENT BOND NO. 6092134<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0202 CV (TMB) |

DRAFT ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, GBC, LLC Contractors dba Grose Brothers and Defendant, Safeco Insurance Company Payment Bond No. 6092134, by and through their respective counsel, have stipulated and agreed that this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
Honorable TIMOTHY M. BURGESS
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on 10/3/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

    Donna C. Willard, Esq.
    1120 East Huffman Rd., Suite 23, No. 231
    Anchorage, AK 99515

By: _s/ Angela Morganthal_

*Stipulation for Dismissal with Prejudice*, Page 2 of 2
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Safeco Insurance Co. Payment Bond No. 6092134
Case No. A04-0202 CV (RRB)  \\Hal\share1\Client Folders\1806\pleads\1806.01\1806.01 Stipulation to Dismiss - Order.wpd